UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                      )           BK No.:   16-33624
Hilary Maumbe and Lulu Mwansa               )
                                            )
                                            )           Chapter:  13
                                            )
                                            )           Honorable Jack Schmetterer
                                            )
                                            )
        Debtor(s)                           )

**ORDER TO EXTEND TIME FOR DEBTOR TO FILE CLAIM ON BEHALF OF CREDITOR**

THIS MATTER coming to be heard on the Motion to Extend Time for Debtor to File Claim on behalf of Creditor;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The time for the Debtors to file a general unsecured claim on behalf of Stratford University is extended to September 27, 2017.

Enter: [signature]

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  September 13, 2017

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600