United States Bankruptcy Court
Northern District of Illinois
Eastern Division
219 S Dearborn
Chicago, IL 60604

IN RE: Hilary M Maumbe
Lulu N Mwansa

Case No. 16-33624

Debtor  In accordance with Federal Rule of Bankruptcy Procedure 3004, you are notified that the has submitted a Proof of Claim for you in the amount of $6576.46, Claim # 12.

Claimant
Stratford University
3201 Jermantown Road
Suite 500
Fairfax, VA 22030

Date: 9/21/17

Jeffrey P. Allsteadt, Clerk

April N. Galimba

Deputy Clerk

United States Bankruptcy Court
Northern District of Illinois
Eastern Division
219 S Dearborn
Chicago, IL 60604

IN RE: Hilary M Maumbe
Lulu N Mwansa

Case No. 16-33624

Certificate of Mailing

The undersigned Deputy Clerk of the United States Bankruptcy Court for this district hereby certifies that a copy of the attached document was mailed on the date entered below to the parties listed.

Creditor Name & Address:

Stratford University
3201 Jermantown Road
Suite 500
Fairfax, VA 22030

Debtor Name & Address:

Hilary M Maumbe
Lulu N Mwansa
1471 Walnut Ave
Hanover Park, IL 60133

The following parties received electronic notification:

Attorney for Debtor Name: David H Cutler

Trustee Name: Tom Vaughn

Date: 9/21/17

Jeffrey P. Allsteadt, Clerk

April N. Galimba

Deputy Clerk

Updated 4/29/2016 SO